**Dated: March 06, 2020**       ORDERED.

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

J.E.L. SITE DEVELOPMENT, INC.,

      Debtor.
_____/

Case No. 6:19-bk-05398-KJ
Chapter 11

### ORDER GRANTING ENTERPRISE FLEET MANAGEMENT INC. RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for consideration on the Affidavit of Non-Payment filed by ENTERPRISE FLEET MANAGEMENT INC. (Doc. No. 235). The file reflects that the Court entered an order (Doc. No. 154) on December 3, 2019, conditioning the continuance of the automatic stay and granting adequate protection to Creditor, Enterprise Fleet Management Inc., including certain periodic payments to be made by the Debtor to the Creditor. The order also contained provisions describing the manner in which the Court would consider further relief from stay in the event of the default by the Debtor in the making of the adequate protection payments. Accordingly, it is

**ORDERED**:

1. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

| Unit No. | Description |
|---|---|
| FJR127 | 2012 Chevrolet Silverado 1500 VIN 1GCNKPEA6CZ288844 |
| FJR128 | 2012 Chevrolet Silverado 1500 VIN 1GCNKPEA8CZ286948 |
| FJT358 | 2014 RAM 1500 VIN 1C6RR7KGXES405091 |
| FJT755 | 2015 Ford F-450 Chassis VIN 1FDUF4HT6FEB00388 |
| FJU009 | 2015 Nissan Altima VIN 1N4AL3APXFC234135 |
| 22739Q | 2016 RAM 1500 VIN 1C6RR7FG7GS350662 |
| 22BZGW | 2016 Kia Soul VIN KNDJN2A28G7379705 |
| 22D3XR | 2016 Ford F-350 Chassis VIN 1FDRF3H6XGEC18536 |
| 22DCB6 | 2017 Ford F-350 Chassis VIN 1FD8W3HT7HEB49047 |
| 22DFLF | 2016 Land Rover Range Rover VIN SALGS2PF9GA312460 |
| 22GDTJ | 2017 RAM 1500 VIN 1C6RR7PT3HS625814 |
| 22GDV5 | 2017 RAM 2500 VIN 3C6UR5HJ0HG616930 |
| 22JP79 | 2017 RAM 1500 VIN 1C6RR7FG6HS755672 |
| 22JQ62 | 2017 RAM 1500 VIN 1C6RR7FG2HS725942 |
| 22MP79 | 2018 RAM 1500 VIN 1C6RR7FG6JS129416 |
| 22MTHZ | 2018 RAM 1500 VIN 1C6RR7FG8JS129417 |
| 22LM6W | 2018 RAM 1500 VIN 1C6RR7FG0JS209780 |
| 22P2DP | 2017 RAM 5500 Chassis VIN 3C7WRNFL6HG636656 |
| 22LM7N | 2018 RAM 1500 VIN 1C6RR7FG9JS209776 |
| 22LM7W | 2018 RAM 1500 VIN 1C6RR7FG4JS209779 |
| 22LM6P | 2018 RAM 1500 VIN 1C6RR7FG0JS209777 |

| | |
|---|---|
| 22LM82 | 2018 RAM 1500 VIN  1C6RR7FG2JS209781 |
| 22LM8D | 2018 RAM 1500 VIN 1C6RR7FG2JS209778 |
| 22ZDPV | 2019 RAM 1500 VIN 1C6SRFHT0KN569055 |
| 22ZT67 | 2019 RAM 1500 Classic VIN 1C6RR7FG1KS602883 |
| 22ZT6B | 2019 RAM 1500 Classic VIN 1C6RR7FG3KS602884 |
| 22ZT5V | 2019 RAM 1500 Classic VIN 1C6RR7FG6KS608064 |
| 22ZT6G | 2019 RAM 1500 Classic VIN 1C6RR7FG8KS608065 |

3.  The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

Attorney Andrew W. Houchins is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

1420.75279
Y8251M 0617