**Dated: June 30, 2020**          ORDERED.

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                          Case No.:  6:19-bk-05398-CCJ
                                                Chapter 11
J.E.L. Site Development, Inc.,

    Debtor.
_____/

**AGREED ORDER GRANTING AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY EPOCH PROPERTIES, INC.**

This case came before the Court for hearing on June 25, 2020 on Creditor, Epoch Properties, Inc.'s ("Epoch"), Amended Motion for Relief from the Automatic Stay by Epoch Properties, Inc. ("Motion") (Doc. No. 286).  The Court having reviewed the Motion, having heard the argument of counsel being otherwise fully advised in the premises, it is hereby ordered as follows:

    1.    The Motion is granted.

    2.    Epoch is granted relief from the automatic stay to pay the outstanding amount of $137,008.01 as follows: (i) $23,311.57 to the lienors identified in paragraph 6 of the Motion and in the amounts set forth therein, upon the lienors providing proper, final releases of any liens to Epoch on the "Visa Oaks" construction project identified in the Motion ("Project"); and (ii) the

2

remaining outstanding balance of $113,696.44 to the trust account for Debtor's counsel upon Debtor providing a proper, final release of any liens Debtor may have on the Project and upon Debtor's full compliance with all terms and conditions of its subcontract agreements with Epoch related to the Project.

      3.      The fourteen (14) day stay period is waived, and Epoch is authorized to pay the sums described above forthwith.

Attorney Michael A. Tessitore is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.